IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2110-GPG

**VITO JOSEPH KERSHAW,** Inmate No. 7187921029,

    Plaintiff,

v.

**DOCTOR DAVID JONES**;
**CORRECT CARE SOLUTIONS LLC**; and
**ARAPAHOE COUNTY**,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    The Clerk of Court is directed to mail Plaintiff a copy of the Court Order dated December 1, 2015 (ECF No. 18) to his updated address. Plaintiff shall have thirty days from the date of this Order to file an amended complaint.

    Plaintiff's Motion to Deny Appearance (ECF No. 16) and Motion to Request an Attorney (ECF No. 19) are **DENIED**.

Dated: December 30, 2015